IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MILOSLAV MULLER,

    Plaintiff,

v.                                                                         No. 13-cv-0413 MCA/SMV

TOM VILSACK, DANIEL M MANZANARES,
DAVE FLY, TIMOTHY J. HANOSH,
STEVEN R. ENGLAND, TERRY BEALS,
PAMELA WHITE, DELAYNE WINELAND,
STAFFING SOLUTIONS, and JOHN DOES I–X,

    Defendants.[1]

## ORDER DENYING REQUEST FOR JUDICIAL NOTICE
## AND STRIKING DOCUMENTS

THIS MATTER is before the Court sua sponte. Plaintiff initiated this suit on May 7, 2013. [Doc. 1]. He amended his complaint on August 30, 2013. [Doc. 6]. Two motions to dismiss became fully briefed in October of 2013 and are awaiting ruling. [Docs. 35, 36]. On January 29, 2014, the Honorable Alan C. Torgerson, United States Magistrate Judge, stayed the case pending ruling on the motions to dismiss and to allow Defendant Vilsack to file a motion to dismiss. [Doc. 64]. Despite the stay, on February 19, 2014, Plaintiff asked the Court to take judicial notice of voluminous records [Docs. 68–91] because they are "relevant" to his Amended Complaint. [Doc. 68] at 1. However, evidence should generally not be submitted in conjunction with pleadings. *See* Fed. R. Civ. P. 8(a)(2). Moreover, the evidence submitted by Plaintiff does not appear to be relevant to the pending motions to dismiss.

---

[1] Defendants Beals, White, and Wineland were dismissed on August 30, 2013. *See* [Doc. 6].

IT IS THEREFORE ORDERED that the Plaintiff's Request for Judicial Notice in Support of Plaintiff's First Amended Complaint [Doc. 68] is **DENIED**.

IT IS FURTHER ORDERED that the Clerk shall **STRIKE** [Doc. 68-1 and Docs. 69 through 91].

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**