IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MILOSLAV MULLER,

    Plaintiff,

v.                                                             No. 13-cv-0431 MCA/SMV

TOM VILSACK, DANIEL M MANZANARES,
DAVE FLY, TIMOTHY J. HANOSH,
STEVEN R. ENGLAND, TERRY BEALS,
PAMELA WHITE, DELAYNE WINELAND,
STAFFING SOLUTIONS, and JOHN DOES I–X,

    Defendants.[1]

## ORDER SETTING IN-PERSON STATUS CONFERENCE

**Date and time**:    February 28, 2014, at 1:30 p.m.

**Matter to be heard**:  Status

    A status conference is hereby set for **February 28, 2014, at 1:30 p.m.** Plaintiff and defense counsel shall appear in person in the Gila Courtroom, on the fifth floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

    IT IS SO ORDERED.

                                              **STEPHAN M. VIDMAR**
                                              **United States Magistrate Judge**

---

[1] Defendants Beals, White, and Wineland were dismissed on August 30, 2013. *See* [Doc. 6].